UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

JAMES E. KIERNAN AND PAUL A. KIERNAN

Plaintiffs,

vs.

CITIZENS BANK OF RHODE ISLAND

Defendant.

CA 05 292 L

**COMPLAINT**

**Parties**

1. Plaintiff James E. Kiernan resides 25 Severin Court, East Greenwich, Rhode Island, 02818.
2. Plaintiff Paul Kiernan resides at 9 Graywood Drive, Lincoln, Rhode Island 02865.
3. Citizens Bank of Rhode Island, upon information and belief, is a Rhode Island financial institution with offices at One Citizens Plaza, Providence, Rhode Island 02903.

**Background**

4. Citizens Bank of Rhode Island, upon information and belief is successor in interest to Citizens Trust Company and Citizens Savings Bank with respect to certain loans made to Plaintiffs and/or Norwood Leasing Company and Angelina Kiernan.

5. Citizens Bank of Rhode Island, upon information and belief, is successor in interest through the Resolution Trust Company ("RTC) and the Federal Deposit Insurance Corporation ("FDIC") to Old Stone Bank with respect to certain loans made to Plaintiffs and/or Norwood Leasing Company and Angelina Kiernan.

6. Upon information and belief, the loans totaled approximately $732,000.

7. Citizens Trust Company initiated a collection action in Providence County Superior Court encaptioned Citizens Trust Company v. Norwood Leasing Co., Angelina M. Kiernan, James E. Kiernan, III, Paul A. Kiernan and Kiernan Leasing Co., C.A.No. PC91-7860, which was dismissed on or about April 4, 1996. A copy of the Dismissal Stipulation is attached hereto as Exhibit A.

8. Upon information and belief, this collection action was dismissed pursuant to a settlement agreement wherein Angelina Kiernan and Norwood Leasing Company provided sufficient consideration to satisfy the outstanding obligations. Attached hereto is a draft copy of the Settlement Agreement from the records of counsel for Citizens Bank marked as Exhibit B.

9. Prior to the reported settlement of the loan dispute, Defendant James E. Kiernan was convicted on June 30, 1992 of bank fraud and sentenced to twenty-one months in federal prison together with an order of restitution that he jointly pay with co-defendant Paul A. Kiernan $526,300 to Old Stone Bank, $140,000 to Citizens Bank and that he separately pay $69,220 to Citizens Bank in accordance with a restitution schedule determined by the Probation Office. See attached Judgment and Restitution Order marked as Exhibit C.

10. With accrued interest and credited payments that balance is currently approximately $702,000.

11. Defendants Paul A. Kiernan and James E. Kiernan have diligently made monthly restitution payments as required by the United States District Court Probation Office.

12. Paul A. Kiernan pays $1,750 per month and has paid a total of approximately $15,000.

13. James E. Kiernan pays $300 per week and has paid a total of approximately $15,000.

14. Upon information and belief, Citizens Bank of Rhode Island acquired the loan interest of Old Stone Bank concerning Angelina Kiernan, James E. Kiernan, Paul A. Kiernan, Norwood Leasing Company and Kiernan Leasing Company from the FDIC which acquired the loans from the RTC which acquired the loans from Old Stone Bank.

15. Upon information and belief, Citizens Bank of Rhode Island received good and valuable consideration from Norwood Leasing Company and Angelina Kiernan in full or partial satisfaction of the indebtedness for which Paul Kiernan and James Kiernan are making restitution.

**Jurisdiction**

16. The jurisdiction of this Court is properly invoked pursuant to 28 U.S.C. section 1331.

## Count I - Declaratory Judgment

17. Plaintiffs hereby restate and reincorporate by reference paragraphs 1-16.

18. Pursuant to the Fed. R. Civ. P. 57 and 28 U.S.C. §2201, Plaintiffs seek a Declaratory Judgment that establishes the following:

A. That Citizens Bank of Rhode Island is the successor in interest to Old Stone Bank, Citizens Savings Bank and Citizens Trust Company with respect to commercial loans made to Norwood Leasing Company, Angelina M. Kiernan, James E. Kiernan, III, Paul A. Kiernan and Kiernan Leasing Company, their affiliates and successors;

B. That the total indebtedness of these borrowers to Citizens Bank has been reduced by a compromise and settlement of the claims between Norwood Leasing Company and Angelina Kiernan, and Citizens Bank of Rhode Island;

C. That Paul A. Kiernan has made restitution payments in accordance with the payment plan established by the United States District Court Probation Office;

D. That James E. Kiernan Kiernan has made restitution payments in accordance with the payment plan established by the United States District Court Probation Office;

E. That the United States District Court Probation Office has transferred said payments to Citizens Bank of Rhode Island in accordance with the restitution order;

F. That Citizens Bank of Rhode Island has accepted and retained payments notwithstanding the previous settlement of the indebtedness;

G. That restitution is hereby reduced by the amount of the prior settlement and that this Court's Judgment of June 30, 1992 is modified accordingly.

H. That any overpayments by Paul A. Kiernan or James E. Kiernan shall be returned to them with interest.

I. That the Court award such damages and costs as it deems appropriate.

Respectfully Submitted,
Plaintiffs James E. Kiernan and Paul A. Kiernan
By and through their attorneys,

Harris K. Weiner, Esq. (#3779)
Jeffrey B. Pine, Esq. (#2278)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401.351.8200 – Telephone
401.351-9032 – Facsimile