883-6464

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

RECEIVED
APR 10 1993
U.S. Probation Office
Newport, Rhode Island

CITIZENS TRUST COMPANY, a Rhode Island banking corporation with its principal offices at One Citizens Plaza, Providence, Rhode Island
Plaintiff

v. C.A. No. PC91-7860

NORWOOD LEASING CO., a Rhode Island corporation with its principal place of business in Warwick, Rhode Island and ANGELINE M. KIERNAN of East Greenwich, Rhode Island, and JAMES E. KIERNAN, III of Warwick, Rhode Island, PAUL A. KIERNAN of North Providence, Rhode Island, and KIERNAN LEASING CO., a Rhode Island corporation with its principal place of business in Warwick, Rhode Island,
Defendants

RECEIVED
ADLER POLLOCK & SHEEHAN INCORPORATED
2300 Hospital Trust Tower
Providence, Rhode Island 02903
MAR 12 1996

## STIPULATION OF DISMISSAL

Now comes the Plaintiff, Citizens Trust Company, in the above-captioned action and hereby stipulates that this action may be dismissed without prejudice.

CITIZENS TRUST COMPANY,

By Its Attorneys,

PARTRIDGE, SNOW & HAHN

James E. Purcell (#2387)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

NORWOOD LEASING CO., and ANGELINE M. KIERNAN,

By Their Attorneys,

ADLER, POLLOCK & SHEEHAN

Edward L. Maggiacomo (#438)
2300 Hospital Trust Tower
Providence, RI 02903
(401) 274-7200

Citizens Trust Company v. Norwood Leasing Co., et al. -- C.A. No. PC91-7860

JAMES AND PAUL KIERNAN

By Their Attorneys,

David W. Dugan (#3119)
170 Westminster Street
Suite 800
Providence, RI 02903
(401) 351-4800

DATED: April 4, 1996

197503_1
965-116