AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

COPY

Attest to True Copy
RAYMOND F. BURGHARDT
Clerk
BY [signature]
Deputy Clerk

# United States District Court

__________ District of __________

UNITED STATES OF AMERICA
V.

JAMES E. KEIRNAN
(Name of Defendant)

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: CR 92-51-02L

Peter Dibiase
Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to count(s) 1.
☐ was found guilty on count(s) ________ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1344 & 2 | BANK FRAUD | 9/91-10/91 | 1 |

The defendant is sentenced as provided in pages 2 through 5 XX of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ________, and is discharged as to such count(s).
☐ Count(s) ________ (is)(are) dismissed on the motion of the United States.
☐ It is ordered that the defendant shall pay a special assessment of $ 50.00, for count(s) 1, which shall be due XX immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 9/4/63

Defendant's Mailing Address:
187 XXXXXX Richmond Drive
Warwick, RI 02888

Defendant's Residence Address:
SAME

6/30/92
Date of Imposition of Sentence

Ronald R. Lagueux
Signature of Judicial Officer

RONALD R. LAGUEUX U.S.D.J.
Name & Title of Judicial Officer

7/11/92
Date

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant: James E. Kiernan
Case Number: CR 92-51-02L

Judgment—Page 2 of 5XX

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ______.

Count 1: 21 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States marshal.
☐ The defendant shall surrender to the United States marshal for this district.

☐ at ______ a.m./p.m. on ______.
☐ as notified by the United States marshal.

XX The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
X before ~~2 p.m. on~~ XXXXX. 12:00 noon on Aug 3,1992
☐ as notified by the United States marshal.
☐ as notified by the probation office.

## RETURN

I have executed this judgment as follows:

VOLUNTARILY SURRENDERED
Defendant ~~delivered~~ XXXXXXXX on 08-03-1992 to FPG SCHUYLKILL, PO BOX 700 at MINERSVILLE, PA 17954, with a certified copy of this judgment.

COPY OF EXECUTED J&C FORWARDED TOUSM-FRI ON 08-03-1992.

L. J. EDWARDS

G. C. WIGEN, WARDEN
United States Marshal

By L. J. EDWARDS, LEGAL TECHNICIAN
Deputy Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years on Count 1

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

- ☐ The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
- ☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.
- ☐ The defendant shall not possess a firearm or destructive device.

The defendants shall pay restitution in the amount of:

$526,800.00 to: OLD STONE BANK JOINTLY W/BROTHER
$[illegible] to CITIZENS BANK JOINTLY W/BROTHER
XX$[illegible]220.00 to CITIZENS BANK SEPERATELY

On a schedule to be determined by probation office.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: James E. Kiernan
Case Number: CR 92-51-02L



## RESTITUTION AND FORFEITURE

### RESTITUTION

☒ The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | | Amount of Restitution |
|---|---|---|
| OLD STONE BANK | JOINTLY W/BROTHER | $526,800.00 |
| CITIZENS BANK | JOINTLY W/BROTHER | $140,000.00 |
| CITIZENS BANK | ~~XXBXHTEXXXWXBROTHERX~~ SEPERATELY | $69,220.00 |

Payments of restitution are to be made to:

- ☐ the United States Attorney for transfer to the payee(s).
- ☐ the payee(s).

Restitution shall be paid:

- ☐ in full immediately.
- ☐ in full not later than ______________.
- ☐ in equal monthly installments over a period of ________ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.

XX☐ in installments according to the following schedule of payments:

Restitution will be paid on a schedule determined by probation office.

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

### FORFEITURE

☐ The defendant is ordered to forfeit the following property to the United States:

Defendant: James E. Kiernan
Case Number: CR 92-51-02L



**STATEMENT OF REASONS**

XX The court adopts the factual findings and guideline application in the presentence report.

OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: 16

Criminal History Category: 1

Imprisonment Range: 21 to 27 months

Supervised Release Range: 3 to 5 years

Fine Range: $ 5,000 to $ 1,000,000

☐ Fine is waived or is below the guideline range, because of the defendant's inability to pay.

Restitution: $ 666,800.00 jointly w/brother & 69,220.00 seperately

☐ Full restitution is not ordered for the following reason(s):

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

The sentence departs from the guideline range

☐ upon motion of the government, as a result of defendant's substantial assistance.

☐ for the following reason(s):