UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

James E. Kiernan and Paul A. Kiernan

VS. CA NO. 05-292L

Citizens Bank of Rhode Island

**ORDER**

I hereby recuse myself from the above-entitled action.

ENTER:
Ronald R. Lagueux
Ronald R. Lagueux
Senior United States District Judge
DATED: 7/6/05

BY ORDER
Barbara J. Gilfillan
Deputy Clerk

DATED: