# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JAMES E. KIERNAN AND
PAUL A. KIERNAN,
Plaintiffs

v.

CITIZENS BANK OF RHODE ISLAND,
Defendant

C.A. No. 05-292 S

## STIPULATION TO EXTEND ANSWER DEADLINE

Now come the parties hereto and agree that the Defendant shall have up to and including August 23, 2005 in which to answer or otherwise respond to Plaintiffs' complaint.

CITIZENS BANK OF RHODE ISLAND

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Melissa E. Darigan (#4792)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

812575 1/99998-75

JAMES E. KIERNAN AND
PAUL A. KIERNAN

By Their Attorneys

LAW OFFICE OF JEFFREY B. PINE

Jeffrey B. Pine (#2278)
Harris K. Weiner (#3779)
321 South Main Street, Suite 302
Providence, RI 02903
(401) 351-8200
(401) 351-9032 FAX

AUG 0 9 2005