UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES E. KIERNAN AND PAUL A. KIERNAN<br>Plaintiffs,<br>vs.<br>CITIZENS BANK OF RHODE ISLAND<br>Defendant. | C.A. No. 05-292-~~L~~ S |

**MOTION TO EXTEND DISCOVERY DEADLINE**

Now come Plaintiffs Paul Kiernan and James Kiernan to respectfully request that this Court extend its scheduled March 1, 2006 discovery deadline by 120 days to allow the Plaintiffs to continue discovery regarding a potential additional necessary party, namely the Federal Deposit Insurance Corporation ("FDIC") which has assumed the position of Old Stone Bank in this controversy. The reasons for said extension are more fully explained in the accompanying Memorandum of Law.

Plaintiffs James E. Kiernan and Paul A. Kiernan
By and through their attorneys,

Harris K. Weiner, Esq. (#3779)
Jeffrey B. Pine, Esq. (#2278)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401.351.8200 – Telephone
401.351-9032 – Facsimile

**CERTIFICATION**

I, the undersigned, hereby certify that on this 7th day of February 2006, a copy of the foregoing *Deposition Notice*, was mailed postage pre-paid to Melissa Darigan, Esq. Partridge, Snow & Hahn, 180 South Main Street, Providence, RI 02903

Leslie Luciano

Leslie A. Luciano

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES E. KIERNAN AND PAUL A. KIERNAN<br><br>Plaintiffs,<br>vs.<br><br>CITIZENS BANK OF RHODE ISLAND<br><br>Defendant. | C.A. No. 05-292-~~L~~ S |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXTEND DISCOVERY DEADLINE**

Now come Paul Kiernan and James Kiernan respectfully to request that this Court extend its scheduled March 1, 2006 discovery deadline to July 1, 2006 because a potential necessary party to this action was recently identified through discovery. The Plaintiff learned in late December 2005 that Citizens Bank did not succeed to Old Stone Bank's interest in the restitution orders that are the subject of this action. Although Citizens Bank acquired the subject loans from Old Stone Bank through the Federal Deposit Insurance Corporation ("FDIC") and the Resolution Trust Corporation, the FDIC has asserted its right to the restitution. See FDIC's letter of October 26, 2005 to Rhode Island's United States Attorney's Office, a copy of which was obtained by the Plaintiffs on or about December 20, 2005 from Citizens Bank's counsel.

It is critical to the Plaintiffs to determine whether two properties which were mortgaged to Old Stone Bank in partial satisfaction of the indebtedness incurred by the Plaintiffs through their illegal activities were properly credited by the Bank and this Court in connection with the restitution orders against the Kiernan brothers. The face amount of these foreclosures totals over $205,000. The Plaintiffs need

additional time to determine whether these credits were ever received and to bring the FDIC into this action if necessary.

For the foregoing reasons, Plaintiffs respectfully request an extension of 120 days to July 1, 2006 for the close of discovery and corresponding extensions in the related deadlines in this case.

Plaintiffs James E. Kiernan and Paul A. Kiernan
By and through their attorneys,

Harris K. Weiner, Esq. (#3779)
Jeffrey B. Pine, Esq. (#2278)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401.351.8200 – Telephone
401.351-9032 – Facsimile

**CERTIFICATION**

I, the undersigned, hereby certify that on this 7th day of February 2006, a copy of the foregoing *Deposition Notice*, was mailed postage pre-paid to Melissa Darigan, Esq. Partridge, Snow & Hahn, 180 South Main Street, Providence, RI 02903

Leslie A. Luciano