UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES E. KIERNAN AND PAUL A. KIERNAN

Plaintiffs,

vs.

CITIZENS BANK OF RHODE ISLAND

Defendant.

C.A. No. 05-292-L

FILED
FEB 08 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO EXTEND DISCOVERY DEADLINE**

Now come Plaintiffs Paul Kiernan and James Kiernan to respectfully request that this Court extend its scheduled March 1, 2006 discovery deadline by 120 days to allow the Plaintiffs to continue discovery regarding a potential additional necessary party, namely the Federal Deposit Insurance Corporation ("FDIC") which has assumed the position of Old Stone Bank in this controversy. The reasons for said extension are more fully explained in the accompanying Memorandum of Law.

Plaintiffs James E. Kiernan and Paul A. Kiernan
By and through their attorneys,

Harris K. Weiner, Esq. (#3779)
Jeffrey B. Pine, Esq. (#2278)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401.351.8200 – Telephone
401.351-9032 – Facsimile

GRANTED
William E. Smith
U.S. District Judge
2/27/06