**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JAMES E. KIERNAN AND<br>PAUL A. KIERNAN,<br>PLAINTIFFS<br><br>V.<br><br>CITIZENS BANK OF RHODE ISLAND,<br>DEFENDANT | C.A. No. 05-292 S |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that the testimony of Plaintiff **Paul A. Kiernan** will be taken by deposition before a notary public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island on Tuesday, June 27, 2006 at 3:00 p.m., or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

CITIZENS BANK OF RHODE ISLAND

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Melissa E. Darigan (# 4792)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: June 12, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Deposition was mailed on this 13th day of June, 2006 to:

Harris K. Weiner, Esq.
Jeffrey B. Pine, Esq.
Law Offices of Jeffrey B. Pine, Esq. PC
321 South Main Street, Ste. 302
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Carol C. Levasseur

861589_1/965-1139

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES E. KIERNAN AND
PAUL A. KIERNAN,
PLAINTIFFS

V.

CITIZENS BANK OF RHODE ISLAND,
DEFENDANT

C.A. No. 05-292 S

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that the testimony of Plaintiff **James E. Kiernan** will be taken by deposition before a notary public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island on Tuesday, June 27, 2006 at 11:00 a.m., or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

CITIZENS BANK OF RHODE ISLAND

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Melissa E. Darigan (# 4792)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: June 12, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Deposition was mailed on this 13th day of June, 2006 to:

Harris K. Weiner, Esq.
Jeffrey B. Pine, Esq.
Law Offices of Jeffrey B. Pine, Esq. PC
321 South Main Street, Ste. 302
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Carol C. Lovasse [signature]

861583_1/965-1139