UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES E. KIERNAN AND<br>PAUL A. KIERNAN,<br>Plaintiffs<br><br>v.<br><br>CITIZENS BANK OF RHODE ISLAND,<br>Defendant | C.A. NO. 05-292 S |

**JOINT MOTION TO EXTEND SCHEDULING ORDER**

Plaintiffs James E. Kiernan and Paul A. Kiernan and defendant Citizens Bank of Rhode Island respectfully request the Court to extend the current scheduling order and enter deadlines for discovery, dispositive motions and pretrial memoranda as follows:

- Closure of fact discovery on September 30, 2006;
- Dispositive motions to be filed by October 31, 2006;
- Oppositions to dispositive motions to be filed by November 30, 2006;
- Reply memoranda to dispositive motions to be filed on December 15, 2006;
- Pretrial memoranda due thirty (30) days after decision on dispositive motions, if any, or if no dispositive motion is filed, on October 31, 2006.

In support of this motion, the parties state that they have completed an exchange of document requests and several depositions have been taken. Additional depositions are scheduled for late June 2006, and the parties are working together to address the process for potential depositions of third parties out of state. The briefing schedule outlined above was developed by the parties in an effort to present the issues in dispute to the Court in the most cogent and concise manner. In addition, the plaintiffs have been communicating with the Federal Deposit Insurance Corporation ("FDIC") regarding its interest in the restitution order

that is the subject of this civil action. The requested extension will permit plaintiffs sufficient time to conclude their investigation of the FDIC's position in relation to this matter.

The parties jointly request that the scheduling order set forth above enter.

CITIZENS BANK OF RHODE ISLAND

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

6/13/06

Melissa E. Darigan (#4792)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

JAMES E. KIERNAN AND PAUL A. KIERNAN

By Their Attorneys,

THE LAW OFFICES OF JEFF PINE

Harris K. Weiner (MED)

Harris K. Weiner (#3779)
321 South Main Street, Ste. 302
Providence, RI 02903
(401) 351-8200
(401) 351-9032 FAX

6/13/06

861450_1/965-1139