UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES E. KIERNAN AND PAUL A. KIERNAN

Plaintiffs,

vs.

CITIZENS BANK OF RHODE ISLAND

Defendant

C.A. No. 05-292-S

**MOTION TO AMEND COMPLAINT AND FOR JOINDER**

Now come Plaintiffs James E. Kiernan and Paul A. Kiernan pursuant to Fed. R. Civ. P. 15(a) and 19 to amend their Complaint in the form attached hereto and join the Federal Deposit Insurance Corporation as a defendant for the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Amend and for Joinder.

Granted
WSM
USDJ
7/24/06

Respectfully Submitted,
Plaintiffs James E. Kiernan and Paul A. Kiernan
By and through their attorneys,

Harris K. Weiner, Esq. (#3779)
Jeffrey B. Pine, Esq. (#2278)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401.351.8200 – Telephone
401.351-9032 – Facsimile