AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

JAMES E. KIERNAN AND PAUL A. KIERNAN

**APPEARANCE**

V.

CITIZENS BANK OF RHODE ISLAND and FDIC

Case Number: 05-292-S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FEDERAL DEPOSIT INSURANCE CORPORATION, AS SUCCESSOR IN INTEREST TO OLD STONE BANK

I certify that I am ~~admitted to practice in this court.~~ authorized to practice in this Court pursuant to DRI LR 201(b)(1).

Date: 8/24/2006

Signature: [signature]

Bruce C. Taylor
Print Name

N/A
Bar Number

550 17th St, NW, Room VS-E7118
Address

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20429 |

(703) 562-2436
Phone Number

(703) 562-2478
Fax Number

btaylor@fdic.gov

**CERTIFICATE OF SERVICE**

I certify that on the date shown I served the following persons with the foregoing Notice of Appearance, by first-class mail, postage pre-paid:

Melissa E. Darigan
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 0290
(Counsel for Citizens Bank of Rhode Island)

Harris K. Weiner
Law Offices of Jeffrey B. Pine
321 South Main Street
Suite 302
Providence, RI 02903
(Counsel for James and Paul Kiernan)

Michael P. Ianotti
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(Courtesy Copy)

Date: August 24, 2006

Bruce C. Taylor