# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **JAMES E. KIERNAN AND PAUL A KIERNAN,** Plaintiffs, v. **CITIZENS BANK OF RHODE ISLAND AND FEDERAL DEPOSIT INSURANCE CORPORATION** Defendants. | C.A. No. 05-292-S |

**NOTICE OF SCHEDULING CONFLICT AND REQUEST BY COUNSEL FOR THE FEDERAL DEPOSIT INSURANCE CORPORATION TO BE EXCUSED FROM CALENDAR CALL SCHEDULED FOR NOVEMBER 21, 2007**

Pursuant to DRI LR 207 (a) and (b), counsel for the Federal Deposit Insurance Corporation ("FDIC"), requests the Court to excuse his appearance at the Calendar Call scheduled for November 21, 2006, and for cause submits the following.

1. On November 2, 2006, the Court notified counsel that the above-captioned case was among the cases on the trial calendar commencing on December 5, 2006, and required all lead counsel to attend Calendar Call on November 21, 2006.

2. The undersigned counsel is lead counsel for the FDIC.

3. Undersigned cannot attend the Calendar Call on November 21, 2006, because he has a conflicting commitment to appear at Noon on November 21, 2006, for an Initial Scheduling Conference in the United States District Court for the District of Columbia in Washington, DC, in the following cases:

1) *Benj. Franklin Shareholders Litigation Fund v. FDIC*, No. 1:06CV01025 (EGS)

2) *Winston & Strawn, LLP v. FDIC*, No. 1:06CV01120 (EGS)

3) *Willner & Associates, P.C. v. FDIC*, No. 1:06CV01227 (EGS)

4) *Blackwell Sanders Peper Martin, LLP, and Ernest M. Fleischer v. FDIC*, No. 1:06CV01273 (EGS)

The last three cases have been consolidated for all purposes, including trial, with Case No. 1:06CV01120 designated as the lead case.

4. United States District Judge Emmet G. Sullivan is assigned to the above-listed cases and issued the orders setting the Initial Scheduling Conference for November 21, 2006.

5. On October 4, 2006, undersigned counsel first received notice of the Initial Scheduling Conference in the above-listed cases set for November 21, 2006, in Washington, DC.

6. As a practical matter, undersigned counsel cannot appear in the District of Columbia for the Initial Scheduling Conference and in the District of Rhode Island for the Calendar Call on the same day.

For the foregoing reasons, undersigned counsel requests this Court to excuse his attendance at the Calendar Call scheduled in this Court on November 21, 2006.

Respectfully submitted,

Date: November 3, 2006

/s/ Bruce C. Taylor

Bruce C. Taylor
Federal Deposit Insurance Corporation
550 17th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2436 (Telephone)
(703) 562-2478 (Facsimile)
btaylor@fdic.gov

Counsel for Federal Deposit Insurance Corporation
Appearing pursuant to DRI LR 201(b)(1)

**CERTIFICATE OF SERVICE**

I certify that the foregoing document has been filed electronically and that it is available for viewing and downloading from the Court's ECF system. Service on counsel for each party was – or will be – accomplished through the ECF system by the generation and transmission of an NEF to the registered users of record, which shall be deemed to satisfy the requirements of Fed. R. Civ. P. 5(b)(2)(D), and Fed. R. Civ. P. 77(d), and Fed. R. Crim. P. 49(b) – as applicable – all as provided by AP 10. In addition, a copy of the foregoing document was sent as an attachment via email to the following counsel of record:

Melissa E. Darigan
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
med@psh.com

Harris K. Weiner
Law Offices of Jeffrey B. Pine
321 South Main Street
Suite 302
Providence, RI 02903
hkw@pinelaw.com

Date: November 3, 2006

/s/ Bruce C. Taylor
Bruce C. Taylor
Counsel for Federal Deposit Insurance Corporation