**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JAMES E. KIERNAN and PAUL A. KIERNAN,<br>Plaintiffs<br><br>v.<br><br>CITIZENS BANK OF RHODE ISLAND and the FEDERAL DEPOSIT INSURANCE CORPORATION,<br>Defendants | C.A. No. 05-292 S |

**DISMISSAL STIPULATION**

Now come the parties in the above-captioned action and hereby agree that this action is hereby dismissed, with prejudice, no costs or attorneys fees.

JAMES E. KIERNAN and PAUL A. KIERNAN

By Their Attorneys,

LAW OFFICES OF JEFFREY B. PINE, P.C.

/s/ Harris K. Weiner
Harris K. Weiner (# 3779)
321 South Main Street, Suite 302
Providence, Rhode Island 02903
(401) 351-8200
(401) 351-9032 (FAX)
hkw@pinelaw.com

CITIZENS BANK OF RHODE ISLAND

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Melissa E. Darigan
Melissa E. Darigan (# 4792)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
med@psh.com

FEDERAL DEPOSIT INSURANCE CORPORATION

By Its Attorneys,

/s/ Bruce C. Taylor
Bruce C. Taylor
Financial Crimes Unit
Federal Department of Insurance Corporation
550 17th Street, NW, Room VS-E7118
Washington, DC 20429
(703) 562-2436
btaylor@fdic.gov